1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYLOR FARMS CALIFORNIA, INC., et al.,

Plaintiffs,

v.

DTL TRANSPORT, INC., et al.,

Defendants.

Case No. 18-cv-05453-NC

**ORDER TO UPDATE THE COURT ON THE STATUS OF THE CASE AND TO SHOW CAUSE WHY THE COURT HAS JURISDICTION**

Plaintiff Taylor Farms brought this case against defendants DTL Transport, Jorge Valdez, C.H. Robinson Company, Kahk Bros. Trucking Inc., Landforce Express Inc., Moises Dominguez, and 2 Way Transport. Dkt. Nos. 1, 9. All of those defendants have been voluntarily dismissed from the case. Dkt. Nos. 15, 63, 64. Defendant DTL Transport brought a cross-claim against Costco Wholesale Corporation. Dkt. No. 30. DTL has not issued a voluntarily dismissal of Costco from the case. DTL is hereby ORDERED to update the Court on whether it intends to pursue its claims against Costco; and, if so, to show cause why the Court has jurisdiction over those claims now that all other parties have been dismissed from the action, by **June 14, 2019.**

   **IT IS SO ORDERED.**

Dated: May 31, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge